WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
**JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1414
Email: Joshua.Hurwit@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, CASCADIA WILDLANDS, BOULDER-WHITE CLOUDS COUNCIL, KOOTENAI ENVIRONMENTAL ALLIANCE, PREDATOR DEFENSE, CENTER FOR BIOLOGICAL DIVERSITY, WESTERN WATERSHEDS PROJECT AND PROJECT COYOTE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JOE KRAAYENBRINK, in his official capacity; UNITED STATES BUREAU OF LAND MANAGEMENT, a federal agency; CHARLES A. MARK, in his official capacity; and UNTIED STATES FOREST SERVICE, a federal agency,<br><br>　　　　　Defendants. | Case No. 1:14-CV-00488-REB<br><br>**NOTICE OF LODGING OF THE ADMINISTRATIVE RECORD** |

**NOTICE OF LODGING OF THE ADMINISTRATIVE RECORD - 1**

Defendants hereby lodge with the Court the Administrative Record for the United States Bureau of Land Management, Bates range 000001 to 115518, and for the United States Forest Service, Bates range 000001 to 000428.  Defendants also file with the Notice the Certificate of Administrative Record (Exhibits A and B).  The Administrative Record for the Bureau of Land Management is contained on one 128 GB flash drive.   The Administrative Record for the United States Forest Service is contained on one digital video disk.  Copies of the Administrative Records will be mailed to counsel for Plaintiffs via regular U.S. mail.   Copies of the Administrative Records are being hand delivered to the Office of the Clerk.

Respectfully submitted this 1st day of May, 2015.

WENDY J. OLSON
UNITED STATES ATTORNEY
By:

/s/ Joshua D. Hurwit
JOSHUA D. HURWIT
Assistant United States Attorney

**NOTICE OF LODGING OF THE ADMINISTRATIVE RECORD - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2015, the foregoing **NOTICE OF LODGING OF THE ADMINISTRATIVE RECORD** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Celeste K. Miller
ck@mcdevitt-miller.com

McDevitt & Miller, LLP
P.O. Box 2564
Boise, ID  83701

Laura King
king@westernlaw.org

Western Environmental Law Center
103 Reeder's Alley
Helena, MT  59601

John R. Mellgren
mellgren@westernlaw.org

Western Environmental Law Center
1216 Lincoln Street
Eugene, OR  97401

Andrea Lynn Santarsiere
asantarsiere@biologicaldiversity.org

Center for Biological Diversity
P.O. Box 469
Victor, ID  83455

/s/ Kathy Sims
Kathy Sims

**NOTICE OF LODGING OF THE ADMINISTRATIVE RECORD - 3**