Celeste K. Miller (ISB # 2590)
McDevitt & Miller, LLP
420 West Bannock
P.O. Box 2564-83701
Boise, Idaho 83702
Ph: (208) 343-7500
Fax: (208) 336-6912
ck@mcdevitt-miller.com

Laura King, *pro hac vice* (MT Bar # 13574)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Ph: (406) 204-4852
king@westernlaw.org

John R. Mellgren, *pro hac vice* (OR Bar # 114620)
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Ph: (541) 359-0990
mellgren@westernlaw.org

*Attorneys for Plaintiffs WildEarth Guardians, Cascadia Wildlands, Boulder-White Clouds Council, Kootenai Environmental Alliance, and Predator Defense*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
EASTERN DIVISION**

| | |
|---|---|
| WILDEARTH GUARDIANS, CASCADIA WILDLANDS, KOOTENAI ENVIRONMENTAL ALLIANCE, CENTER FOR BIOLOGICAL DIVERSITY, WESTERN WATERSHEDS PROJECT, and PROJECT COYOTE,<br><br>      Plaintiffs,<br>v.<br><br>JOE KRAAYENBRINK, in his official capacity; UNITED STATES BUREAU OF LAND MANAGEMENT, a federal agency; CHARLES A. MARK, in his official capacity; | Case No. 4:14-cv-00488-REB<br><br>**NOTICE OF WITHDRAWAL** |

and UNITED STATES FOREST SERVICE, a federal agency,

    Defendants.

PLEASE TAKE NOTICE that Boulder-White Clouds Council and Predator Defense hereby withdraw as Plaintiffs in this lawsuit, and accordingly are no longer parties to this litigation.

Dated: June 2, 2015                Respectfully submitted,

/s/ Celeste K. Miller
Celeste K. Miller, ISB # 2590
McDevitt & Miller, LLP
420 West Bannock
P.O. Box 2564-83701
Boise, Idaho 83702
Ph: (208) 343-7500
Fax: (208) 336-6912
ck@mcdevitt-miller.com

/s/ Laura King
Laura King, *pro hac vice*
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Ph: (406) 204-4852
Fax: (406) 443-6305
king@westernlaw.org

/s/ John R. Mellgren
John R. Mellgren, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Ph: (541) 359-0990
mellgren@westernlaw.org

*Attorneys for Plaintiffs WildEarth Guardians, Cascadia Wildlands, Boulder-White Clouds Council, Kootenai Environmental Alliance, and Predator Defense*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Andrea Lynn Santarsiere    asantarsiere@biologicaldiversity.org, celkins@biologicaldiversity.org

Celeste K Miller    ck@mcdevitt-miller.com, heather@mcdevitt-miller.com

John R Mellgren    mellgren@westernlaw.org

Joshua David Hurwit    joshua.hurwit@usdoj.gov, Ardis.Robinson@usdoj.gov, Kathy.Sims@usdoj.gov, pmatlock@blm.gov


/s/ Laura King
Attorney for Plaintiffs