WENDY J. OLSON, ID STATE BAR NO. 7634
UNITED STATES ATTORNEY
**JOSHUA D. HURWIT, ID STATE BAR NO. 9527**
ASSISTANT UNITED STATES ATTORNEY
**CHRISTINE G. ENGLAND, CA STATE BAR NO. 261501**
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1414
Email: Joshua.Hurwit@usdoj.gov
Email: Christine.England@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, CASCADIA WILDLANDS, BOULDER-WHITE CLOUDS COUNCIL, KOOTENAI ENVIRONMENTAL ALLIANCE, PREDATOR DEFENSE, CENTER FOR BIOLOGICAL DIVERSITY, WESTERN WATERSHEDS PROJECT AND PROJECT COYOTE,<br><br>     Plaintiffs,<br><br>     v.<br><br>JOE KRAAYENBRINK, in his official capacity; UNITED STATES BUREAU OF LAND MANAGEMENT, a federal agency; CHARLES A. MARK, in his official capacity; and UNITED STATES FOREST SERVICE, a federal agency,<br><br>     Defendants. | Case No. 4:14-CV-00488-REB<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE - 1

TO: THE CLERK OF THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that Christine G. England, Assistant United States Attorney for the District of Idaho, hereby appears for and on behalf of the United States of America in the above action, and requests service of all further papers and pleadings herein, except original process, upon the undersigned attorney.

DATED this 15th day of June, 2015.

        WENDY J. OLSON
        UNITED STATES ATTORNEY
        By

        /s/ Christine G. England
        CHRISTINE G. ENGLAND
        Assistant United States Attorney

NOTICE OF APPEARANCE - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of June, 2015, the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Celeste K. Miller
ck@mcdevitt-miller.com

McDevitt & Miller, LLP
P.O. Box 2564
Boise, ID  83701

Laura King
king@westernlaw.org

Western Environmental Law Center
103 Reeder's Alley
Helena, MT  59601

John R. Mellgren
mellgren@westernlaw.org

Western Environmental Law Center
1216 Lincoln Street
Eugene, OR  97401

Andrea Lynn Santarsiere
asantarsiere@biologicaldiversity.org

Center for Biological Diversity
P.O. Box 469
Victor, ID  83455

/s/ Danielle Narkin
Legal Assistant

NOTICE OF APPEARANCE - 3