# EXHIBIT 2

Lauren M. Rule (ISB # 6863)
ADVOCATES FOR THE WEST
PO Box 1612
Boise ID 83701
(208) 342-7024
(208) 342-8286 (fax)
lrule@advocateswest.org

Laurence ("Laird") J. Lucas (ISB # 4733)
PO Box 1342
Boise ID 83701
208-424-1466 (phone and fax)
llucas@lairdlucas.org

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WOLF RECOVERY FOUNDATION, and WESTERN WATERSHEDS PROJECT | No. 09-cv-686-BLW |
| Original Plaintiffs, | |
| and | **NOTICE OF WITHDRAWAL** |
| THE WILDERNESS SOCIETY, GREAT OLD BROADS FOR WILDERNESS, WILDERNESS WATCH, and SIERRA CLUB, | |
| Co-Plaintiffs On Third Claim For Relief | |
| v. | |
| U.S FOREST SERVICE and USDA APHIS WILDLIFE SERVICES, | |
| Defendants. | |

PLEASE TAKE NOTICE that Idaho Conservation League and Winter Wildlands

Alliances hereby withdraw as Co-Plaintiffs On Third Claim For Relief, and accordingly are no

NOTICE OF WITHDRAWAL -- 1

longer parties to this litigation.

Dated: June 22, 2010 Respectfully submitted,

      /s/Laird J. Lucas
Lauren M. Rule
Laurence ("Laird") J. Lucas
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of June 2010, I caused to be electronically filed with the Clerk of the Court using the CM/ECF system this Notice of Withdrawal, which served notice of the filing via electronic mail on the following counsel of record:

Deborah Ferguson
Assistant U.S. Attorney, District of Idaho
Deborah.Ferguson@usdoj.gov

Kathryn M. Liberatore
U.S. Department of Justice
Kathryn.Liberatore@usdoj.gov

Beverly Li
U.S. Department of Justice
Beverly.Li@usdoj.gov

Kathleen Trever
Deputy Attorney General
Idaho Dept. of Fish and Game
kathleen.trever@idfg.idaho.gov

      /s/Laird J. Lucas
Laird J. Lucas

NOTICE OF WITHDRAWAL -- 2