Natalie J. Havlina (ISB # 7498)
Law Office of Natalie J. Havlina
P.O. Box 1675
Boise, ID 83701
Ph: (208) 473-1277
havlinalaw@gmail.com

Laura King, *pro hac vice* (MT Bar # 13574)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Ph: (406) 204-4852
king@westernlaw.org

John R. Mellgren, *pro hac vice* (OR Bar # 114620)
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Ph: (541) 359-0990
mellgren@westernlaw.org

*Attorneys for Plaintiffs WildEarth Guardians, Cascadia Wildlands, and Kootenai Env. Alliance*

Andrea L. Santarsiere (ISB # 8818)
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
Ph: (303) 854-7748
Fax: (208) 787-5857
asantarsiere@biologicaldiversity.org

*Attorney for Plaintiffs Ctr. for Biological Diversity, W. Watersheds Project, and Project Coyote*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
EASTERN DIVISION**

| | |
|---|---|
| WILDEARTH GUARDIANS ET AL.,<br><br>Plaintiffs,<br>v.<br><br>JOE KRAAYENBRINK ET AL.,<br><br>Defendants. | Case No. 4:14-cv-00488-REB<br><br>**MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIMS AGAINST THE U.S. FOREST SERVICE** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.1, Plaintiffs hereby submit this motion for partial summary judgment on claims against the United States Forest Service. Based on evidence in the administrative record, and for the reasons and authority set forth in the accompanying memorandum of points and authorities and statement of undisputed facts, Plaintiffs respectfully request this Court grant this motion and issue an order (1) declaring the Federal Defendants violated the Administrative Procedure Act, the regulations governing Forest Service permitting, and the National Environmental Policy Act; (2) ordering the Forest Service to comply with its own regulations regarding special use permits as they apply to the killing contest; and (3) enjoining the Forest Service from allowing the killing contest on Forest Service lands unless and until a special use permit has been issued and environmental review pursuant to NEPA has been completed.

Respectfully submitted and dated this 1st day of July, 2016.

/s/ Laura King
Laura King, *pro hac vice*
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Ph: (406) 204-4852
Fax: (406) 443-6305
king@westernlaw.org

Natalie J. Havlina (ISB # 7498)
Law Office of Natalie J. Havlina
P.O. Box 1675
Boise, ID 83701
Ph: (208) 473-1277
havlinalaw@gmail.com

/s/ John R. Mellgren
John R. Mellgren, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Ph: (541) 359-0990

mellgren@westernlaw.org

*Attorneys for Plaintiffs WildEarth Guardians, Cascadia Wildlands, and Kootenai Environmental Alliance*

<u>/s/ Andrea Lynn Santarsiere</u>
Andrea Lynn Santarsiere (ISB # 8818)
Center for Biological Diversity
P.O. Box 469
Victor, ID  83455
Ph: (303) 854-7748
Fax: (208) 787-5857
asantarsiere@biologicaldiversity.org

*Attorney for Plaintiffs Center for Biological Diversity, Western Watersheds Project, and Project Coyote*

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2016, I filed a copy of this document electronically through the CM/ECF system, which caused all ECF registered counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

<u>/s/ Laura King</u>
Laura King