WENDY J. OLSON, ID STATE BAR NO. 7634
UNITED STATES ATTORNEY
**CHRISTINE G. ENGLAND, CA STATE BAR NO. 261501**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1414
Email: Christine.England@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, CASCADIA WILDLANDS, BOULDER-WHITE CLOUDS COUNCIL, KOOTENAI ENVIRONMENTAL ALLIANCE, PREDATOR DEFENSE, CENTER FOR BIOLOGICAL DIVERSITY, WESTERN WATERSHEDS PROJECT AND PROJECT COYOTE,<br><br>        Plaintiffs,<br><br>  v.<br><br>JOE KRAAYENBRINK, in his official capacity; UNITED STATES BUREAU OF LAND MANAGEMENT, a federal agency; CHARLES A. MARK, in his official capacity; and UNITED STATES FOREST SERVICE, a federal agency,<br><br>        Defendants. | Case No. 4:14-CV-00488-REB<br><br>**THE FOREST SERVICE'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Defendants United States Forest Service and Charles A. Mark (together, the "Forest Service"), through Christine G. England, Assistant United States Attorney, respectfully move the Court to enter summary judgment in favor of the Forest Service, deny Plaintiffs' motion for summary judgment (ECF No. 80) and dismiss the case with prejudice. This motion is based upon Federal Rule of Civil Procedure 56 and is supported by the attached memorandum of points and authorities, the statement of undisputed facts, the Administrative Record lodged with the Court, and the declarations of Kenneth Paur and Steve Alder.

Respectfully submitted this 26th day of July, 2016.

>WENDY J. OLSON
>UNITED STATES ATTORNEY
>By
>
>/s/ Christine G. England
>CHRISTINE G. ENGLAND
>Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 26, 2016, the foregoing **THE FOREST SERVICE'S CROSS-MOTION FOR SUMMARY JUDGMENT** was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served via electronic mail to the following person(s):

Natalie J Havlina
Law Office of Natalie J. Havlina
P.O. Box 1675
Boise, ID 83701
havlinalaw@gmail.com

Laura King
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
king@westernlaw.org

John R. Mellgren
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401
mellgren@westernlaw.org

Andrea Lynn Santarsiere
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
asantarsiere@biologicaldiversity.org

                                          /s/ Kathy Sims
                                          Kathy Sims, Paralegal