UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, CASCADIA WILDLANDS, BOULDER-WHITE CLOUDS COUNCIL, KOOTENAI ENVIRONMENTAL ALLIANCE, PREDATOR DEFENSE, CENTER FOR BIOLOGICAL DIVERSITY, WESTERN WATERSHEDS PROJECT AND PROJECT COYOTE,<br><br>       Plaintiffs,<br><br>    v.<br><br>JOE KRAAYENBRINK, in his official capacity; UNITED STATES BUREAU OF LAND MANAGEMENT, a federal agency; CHARLES A. MARK, in his official capacity; and UNITED STATES FOREST SERVICE, a federal agency,<br><br>       Defendants. | Case No. 4:14-CV-00488-REB<br><br>**DECLARATION OF STEVE ALDER** |

**DECLARATION OF STEVE ALDER**

I, Steve Alder, declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

1. I live in Lewiston, Idaho.

2. I am the Executive Director of Idaho for Wildlife, a non-profit organization which has approximately 300-400 members, with chapters in Burley, Lewiston, Preston, Kootenai County, Bear Lake and Salmon.

3. The Salmon Chapter of Idaho for Wildlife planned and organized the 2013 predator derby in Salmon, Idaho, which took place on December 28-29, 2013, in and around Salmon, Idaho.

4. Twenty-six (26) hunters participated in the 2013 Derby.

5. No wolves were killed as part of the 2013 Derby.

6. The Salmon Chapter of Idaho for Wildlife planned and organized the 2015 predator derby in Salmon, Idaho, which took place on January 1-4, 2015, in and around Salmon, Idaho.

7. Eighty-six (86) hunters participated in the 2015 Derby.

8. No wolves were killed as part of the 2015 Derby.

9. During both the 2013 and 2015 Derbies, the contest organizers did not specifically direct where participants were required to hunt to be eligible to participate in the contest. Participants in the contest were required to hunt in central Idaho, within 100 miles of Salmon, Idaho. However, participants were directed not to hunt on BLM land as part of the contest. Hunters hunted on their own, at their own pace. Sign-in and check-in were held on private property in Salmon, Idaho. Prizes were distributed on private property in Salmon, Idaho.

10. Idaho for Wildlife did not organize a predator derby during the 2015-2016 season.

DECLARATION OF STEVE ALDER- 1

11. Idaho for Wildlife has no plans to organize or hold a predator derby during the 2016-2017 season.

12. Idaho for Wildlife has not yet determined whether to hold a third predator derby sometime after the 2016-2017 season.

Dated this 20 day of July, 2016.

_____
Steve Alder

**DECLARATION OF STEVE ALDER- 2**