WENDY J. OLSON, ID STATE BAR NO. 7634
UNITED STATES ATTORNEY
**CHRISTINE G. ENGLAND, CA STATE BAR NO. 261501**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1414
Email: Christine.England@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDEARTH GUARDIANS, CASCADIA WILDLANDS, BOULDER-WHITE CLOUDS COUNCIL, KOOTENAI ENVIRONMENTAL ALLIANCE, PREDATOR DEFENSE, CENTER FOR BIOLOGICAL DIVERSITY, WESTERN WATERSHEDS PROJECT AND PROJECT COYOTE,<br><br>        Plaintiffs,<br><br>   v.<br><br>JOE KRAAYENBRINK, in his official capacity; UNITED STATES BUREAU OF LAND MANAGEMENT, a federal agency; CHARLES A. MARK, in his official capacity; and UNITED STATES FOREST SERVICE, a federal agency,<br><br>        Defendants. | Case No. 4:14-CV-00488-REB<br><br>**DECLARATION OF KENNETH D. PAUR IN SUPPORT OF THE FOREST SERVICE'S MOTION FOR SUMMARY JUDGMENT** |

**DECLARATION OF KENNETH D. PAUR - 1**

I, Kenneth D. Paur, declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

1.     I am the Deputy Regional Attorney for the Mountain Region of the Office of the General Counsel for the United States Department of Agriculture.  I am duly licensed and authorized to practice law in the State of Virginia.

2.     I have been an attorney with the Office of the General Counsel since 1991.

3.     The United States Forest Service is an agency of the United States Department of Agriculture.

4.     Attached as Exhibit 1 is a true and correct copy of a letter dated November 25, 2014 from H. Thomas Speaks, Forest Supervisor for the George Washington and Jefferson National Forest, to Guy Dicharry, which is an official record maintained by the United States Forest Service.

5.     Attached as Exhibit 2 is a true and correct copy of a letter dated December 22, 2014 from Robert M. Harper, Director of Watershed, Fish, Wildlife, Air and Rare Plants to Senator Tim Kaine, which is an official record maintained by the United States Forest Service.

6.     Attached as Exhibit 3 is a true and correct copy of a letter from Corbin L. Newman, Jr., Regional Forest for the Southwestern Region to Mack P. Bray, dated December 19, 2012, sent to Mack P. Bray, which is an official record maintained by the United States Forest Service.

7.     Attached as Exhibit 4 is a true and correct copy of a letter dated February 21, 2013 from Thomas L. Tidwell, Chief of the U.S. Forest Service, to Mack P. Bray, which is an official record maintained by the United States Forest Service.

**DECLARATION OF KENNETH D. PAUR - 2**

8.      Attached as Exhibit 5 is a true and correct copy of a letter dated October 7, 2014 from Jim Bedell, Director of Recreation, Lands, and Minerals for Region 2 of the Forest Service to Guy Ducharry, which is an official record maintained by the United States Forest Service.

9.      Attached as Exhibit 6 is a true and correct copy of a letter dated July 29, 2014 from Rick Brazell, Forest Supervisor for the Nez Perce - Clearwater National Forest, to Brad Smith and John Robinson, which is an official record maintained by the United States Forest Service.

Dated this _25ᵗʰ_ day of July, 2016

Kenneth D. Paur
Deputy Regional Attorney, Office of the General Counsel
United States Department of Agriculture

**DECLARATION OF KENNETH D. PAUR - 3**