# EXHIBIT 2



| United States Department of Agriculture | Forest Service | Washington Office | 1400 Independence Avenue, SW Washington, DC  20250 |
|---|---|---|---|

File Code: 2300 (8073082)
Date: December 22, 2014

The Honorable Tim Kaine
United States Senate
611 South Jefferson Street, Suite 5B
Roanoke, VA  24011

Dear Senator Kaine:

Thank you for your letter of November 17, 2014, on behalf of your constituent Ms. Becky Pomponio, expressing her concerns regarding a coyote ordinance established by Grayson County, Virginia.  I apologize for the delayed response.

In March 2014, the Grayson County Board of Supervisors passed a Coyote Bounty Ordinance that established a bounty to be paid by the county for coyotes killed within the boundaries of Grayson County, including portions of the Jefferson National Forest that are within the County.  Ms. Pomponio questions the legality of the bounty on Forest Service lands.

First, the Forest Service recognizes the traditional jurisdiction and responsibilities of the States regarding the management of wildlife and fish populations.  Federal regulations provide that the Forest Service shall work cooperatively with States to formulate plans for securing and maintaining desirable populations of wildlife species on the National Forests, and for the orderly removal of wildlife from National Forest System (NFS) lands in accordance with the requirements of State law.  The Forest Service has been in communication and coordination with the Virginia Department of Game and Inland Fisheries regarding Grayson County's coyote ordinance.

Secondly, U.S. Department of Agriculture regulations, such as 36 CFR 251.50(a), provide that all uses of NFS land are designated as "special uses," and must be authorized by the Forest Service through issuance of a special use authorization, subject to enumerated exceptions as waived by 36 CFR 251.50, paragraphs (c) through (e) (3).  One of the enumerated exceptions from the requirement for a special use authorization is for noncommercial recreational activities, such as hunting and fishing.  There are exceptions for uses with nominal effects to NFS land, and uses that are adequately regulated by State agencies.

Hunting of coyotes in the Commonwealth of Virginia is regulated under the hunting and trapping regulations authorized under the Virginia code and managed by the Virginia Department of Game and Inland Fisheries.  Grayson County is authorized under the Code of Virginia to establish bounties.  The primary purpose of the bounty is to attempt to control the population of coyotes in the county, not operate a "contest."

Under the circumstances present in this situation, the County's Coyote Bounty Ordinance is an exercise of delegated State authority addressing a wildlife management matter and would not be subject to the requirements to obtain a special use authorization.  Furthermore, the hunting activities that will occur on NFS land as part of the County Ordinance will be subject to State

   **Caring for the Land and Serving People**   Printed on Recycled Paper 

The Honorable Tim Kaine                                                                                                                   2

laws and regulations, and there is no conflict with Federal laws or inconsistency with the Jefferson National Forest's Forest Plan.  While this Grayson County Coyote Bounty Ordinance is not a Forest Service sponsored activity, by regulation it can occur on Federal land.

Again, thank you for your letter and for relaying the concerns of your constituent.

Sincerely,


*/s/ Robert M. Harper*
ROBERT M. HARPER
Director, Watershed, Fish, Wildlife, Air and Rare Plants