# EXHIBIT 3



| United States Department of Agriculture | Forest Service | Southwestern Region Regional Office | 333 Broadway SE Albuquerque, NM 87102 FAX (505) 842-3800 V/TTY (505) 842-3292 |

**File Code:** 2300/2600/2700
**Date:** December 19, 2012

Mack P. Bray
450 Trap Club Road
Jackson, WY 83001

Dear Mr. Bray:

Thank you for your email dated November 30, 2012. I provided you with several email responses and now providing a formal response.

For the two events you refer to in your email, I respectfully disagree with your assessment and conclusion. As you correctly state in your email, by definition in 36 CFR 251.51, a recreation event is "a recreational activity conducted on National Forest System lands for which an entry or participation fee is charged"; however, your assumption that this activity will take place on National Forest System (NFS) lands is in itself not sufficient to reach a determination that a special use permit is needed.

An entry fee for a state-wide event does not mean a special use authorization is required. The event must actually be on NFS lands to be considered an activity, subject to the special use regulations found in 36 CFR 251. These regulations are specific to NFS lands, not lands of other jurisdictions or ownership, such as state, private, or other federal lands. State-wide contests that do not require participants to use NFS land are not considered recreation events. Other examples include photo or hiking contests where individuals pay an entry fee, but use of NFS lands is not required in order to participate.

Recreation events that take place on NFS lands generally have common elements, such as the need for staging areas, parking, traffic control, drinking water, and/or sanitation facilities to accommodate the group activity. The coyote hunting contest takes place over a wide area. There is no congregation of people on NFS lands where parking, water, or sanitation needs have to be addressed. The contest rules do not specify where people must hunt, nor do they direct people to NFS lands. For these reasons, the contest is not considered a recreation event specific to NFS lands.

In New Mexico, hunting of coyotes and other species is regulated by the State of New Mexico, not the Forest Service. It is our intention to manage habitat for the States' wildlife resources, support legal uses of the wildlife resources, and to include legal hunting, but not to regulate how hunting will take place. As long as people abide by the state laws and regulations, they may hunt on NFS lands.



Hunters must also abide by other applicable Forest Service regulations including, but not limited to, those related to travel management, camping, or fire restrictions.

If you have additional questions, please contact Francisco Valenzuela, Director of Recreation, Heritage and Wilderness Resources at (505) 842-3442.

Sincerely,


*/s/ Corbin L. Newman, Jr.*
CORBIN L. NEWMAN, JR.
Regional Forester


cc: Don G DeLorenzo
Bobbi L Barrera
Francisco Valenzuela
Karen A Oleary
Karen M Carter
Mark M Chavez
pdl r3 nm supervisors
pdl r3 nm forest pao