# EXHIBIT 4



| United States Department of Agriculture | Forest Service | Washington Office | 1400 Independence Avenue, SW Washington, DC  20250 |
|---|---|---|---|

File Code: 2300
Date: February 21, 2013

Mr. Mack P. Bray
450 Trap Club Road
Jackson, WY 83001

Dear Mr. Bray:

I am responding to your February 4, 2012, letter requesting an opinion on Regional Forester Corbin Newman's determination not to require a special use permit for a coyote hunting contest conducted by Gunhawk Firearms and Sportsmen for Fish and Wildlife New Mexico.  The Regional Forester has delegated authority to determine applicability of the special use permit requirement.  The Washington Office of the Forest Service concurs that a special use permit was not required for the New Mexico contests.

The special use regulations apply only to uses of National Forest System (NFS) lands.  By definition, a recreation event is a recreational activity conducted on NFS lands for which an entry or participation fee is charged.  Therefore, a statewide hunting contest where use of NFS lands is possible but will not necessarily occur does not require a permit.  Moreover, where no NFS lands are proposed for use, it is impossible to apply regulatory requirements for special use proposals.  In particular, there is no way to determine which, if any, NFS lands will be occupied or used, and there is no way to apply proposal screening criteria.

The State of New Mexico, not the Forest Service, has primary responsibility for regulating hunting in that state.  In New Mexico, coyotes are not classified as game animals, no hunting season is set, and no hunting license or tag is required to kill them.

Thank you for your interest in the management of the National Forests.

Sincerely,


*/s/ Thomas L. Tidwell*
THOMAS L. TIDWELL
Chief

   Caring for the Land and Serving People    Printed on Recycled Paper