# EXHIBIT 5



| United States | Department of Agriculture | Forest Service<br>Rocky Mountain<br>Region | 740 Simms Street<br>Golden, CO 80401<br>Voice: 303-275-5350<br>TDD:  303-275-5367 |
|---|---|---|---|

File Code: **2720**
Date: **October 7, 2014**

Guy Ducgarry
Attorney at Law
PO Box 2578
Los Lunas, NM 87031

Dear Mr. Ducgarry,

This responds to your letter of October 1, 2014 concerning the "National Coyote Calling Contest" in Rawlings, Wyoming.

Regulations of the Secretary of Agriculture provide that all uses of National Forest System (NFS) land are designated as "special uses," and must be authorized by the Forest Service through issuance of a special use authorization, subject of enumerated exceptions.  36 CFR 251.50(a).  Regulations at 36 CFR 261.10(k) prohibits use and occupancy of NFS land without a special use authorization when such authorization is for noncommercial recreational activities, such as hunting and fishing.  36 CFR 251.50(c).  There are other exceptions for uses with nominal effects to NFS land, and uses that are adequately regulated by State agencies.  36 CFR 251.50(e).

To determine whether or not Forest Service permit requirements apply, we must first evaluate whether the proposed use involves use and occupancy of NFS land and, if so, if any of the exceptions to permit requirements apply.  Hunting on NFS land is a noncommercial recreational activity, regulated by States, that is exempt from Forest Service permit requirements under 36 CFR.50(a) and (e).  Commercial hunting, including hunting which takes place as part of a recreation event on NFS land, would not fall under this exception, and therefore would be subject to permit requirements.

We have not seen a proposal for the National Coyote Calling Contest.  However, upon review of the information you provided, we have determined that it is not a commercial event occurring on NFS land.  Unlike a fishing derby, participants are not being invited to or paying an entry fee for an organized event that takes place on the National Forest.  The participants are not being outfitted or guided by organizers to participate in an activity on NFS land. Participants are not paying organizers to go onto the National Forest to hunt, and organizers are not offering equipment or services to facilitate hunting on the National Forest.  In addition, Rawlings, Wyoming is located many miles from a National Forest boundary.

Participants in the derby may hunt anywhere they wish, they are not limited to an area on NFS land, nor are they being specifically invited to an area of NFS land.  They are licensed to hunt under State law, and must comply with State regulations.  The organized event does not consist of hunting on the National Forest, like a fishing derby that is limited to a specific body of water within a national forest.  Rather, the commercial aspect of this event is the payment of a fee to



**It's Cool to Be Safe**

Printed on Recycled Paper 

enter a competition involving presentation of wildlife that has been taken by legal, recreational hunting to the event in the Town of Rawlings, who awards prizes if certain criteria are met. In essence, the "contest" organizers are offering a bounty for wildlife harvested by recreational hunters who bring coyotes into town to claim prizes for animals that meet certain criteria.

The role of the Forest Service in regulating the taking of wildlife on NFS land was discussed in *Fund for Animals v Thomas*, 127 F.3d 80(C.A.D.C.1997). As noted by the court, the Forest Service typically does not regulate hunting activities on NFS land, and the Court opined that its adoption of a policy to not require permits for bear baiting on NFS land was not likely a change in the status quo. As explained in the Forest Service manual, hunting of wildlife on NFS land and associated practices are subject to State laws and regulations, except when in conflict with federal laws or regulations or are inconsistent with Forest Plans.

The National Coyote Calling Championship does not involve commercial activity or an organized commercial recreation event on NFS land. The contest is an event confined to a location in the Town of Rawlins, and involves the award of prizes to hunters who bring animals taken during noncommercial recreational hunting activities to that location to compete for prizes. The event organizers do not limit where animals may be taken to compete, do not invite participants onto NFS land to participate in the event, do not require an entry fee for use of NFS land, and do not provide services or equipment to facilitate use of NFS land. Additionally, the issue you raised regarding gambling is not relevant. Accordingly, neither the event organizers nor participants are subject to National Forest permit requirements.


Sincerely,


*/s/ Steven M. Herran (for)*
JAMES S. BEDWELL
Director, Recreation, Lands and Minerals



cc:  Bill Bass
Dennis Jaeger
Joseph G Alexander
Jacque A Buchanan