Dana Johnson (ISB # 8359)
Law Office of Dana Johnson, PLLC
P.O. Box 9623
Moscow, ID 83843
Ph : (208) 310-7003
johnsondanam@gmail.com

Laura King, *pro hac vice* (MT Bar # 13574)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Ph: (406) 204-4852
king@westernlaw.org

John R. Mellgren, *pro hac vice* (OR Bar # 114620)
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Ph: (541) 359-0990
mellgren@westernlaw.org

*Attorneys for Plaintiffs WildEarth Guardians,
Cascadia Wildlands, and Kootenai Env. Alliance*

Andrea Lynn Santarsiere (ISB # 8818)
Center for Biological Diversity
P.O. Box 469
Victor, ID  83455
Ph: (303) 854-7748
asantarsiere@biologicaldiversity.org

*Attorney for Plaintiffs Cnt. for Biological Diversity,
W. Watersheds Project, and Project Coyote*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
EASTERN DIVISION**

| | |
|---|---|
| WILDEARTH GUARDIANS ET AL., <br><br> Plaintiffs, <br> v. <br><br> JOE KRAAYENBRINK ET AL., <br><br> Defendants. | Case No. 4:14-cv-00488-REB <br><br> **SECOND DECLARATION OF LOUISE WAGENKNECHT** |

I, Louise C. Wagenknecht, hereby declare as follows:

1.   I am personally aware of the matters set forth below, and if called as a witness I would and could truthfully testify thereto.

2.   The facts in my previous declaration remain accurate. I am writing this second declaration to expand on my experiences on the Salmon-Challis National Forest (SCNF) and my well-founded concerns that the derby is different and more threatening than ordinary hunting.

3.   As I previously mentioned, I alternate my time by spending 4 to 5 days at my home in Leadore (approximately 45 miles from Salmon, Idaho), and 4 to 5 days in Salmon with my 93-year-old mother. On many days when I am in Salmon, I take my own dogs or dogs from the Salmon Animal Shelter on long walks off-leash on public lands. I frequently walk dogs on the SCNF, including up Perreau Creek several miles south of Salmon. I walk dogs and recreate on the SCNF year round, including during winter. I visit the SCNF frequently, at least dozens of times a year, year-round, for dog-walking, hiking, bird-watching, gathering plant materials for wool-dyeing, scenic driving, and the like. Some of my other favorite spots to visit are: Hawley Creek, Jakes Canyon, Railroad Canyon Creek, Big Eightmile Creek, and Timber Creek. I visit these places in the winter as well as other seasons.

4.   My interest in coyote and wolf conservation is of long duration. About 15 years ago, I organized a lecture by Bob Crabtree in Salmon on his research on coyote behavior and interactions with wolves in Yellowstone. My own experience with guard dogs as a preventative of coyote predation on sheep convinced me that it was a far more effective and humane method than lethal control. Coyotes and wolves perform ecological services that are lost when these animals are killed.

5. During my outings on the SCNF, I enjoy and am inspired by the wildlife that call it home, including wolves and coyotes. During my walks on the SCNF, I look for wolves, coyotes, and other animals and their sign. Even if I do not see wolves or coyotes during my outings on the SCNF, my enjoyment of the Forest is still enhanced by knowing that such animals reside on the Forest. When wolves and coyotes are killed on the SCNF, such as during the derby at issue in this litigation, past derbies, and potential future derbies, my interests in wolves and coyotes on the SCNF are injured. Every killed wolf or coyote results in one less wolf or coyote that I will never have the opportunity to view on the SCNF. Every killed wolf or coyote results in one less wolf or coyote whose sign I will never have the opportunity to view on the SCNF. I believe that if the SCNF required a special use permit for the derby at issue in this litigation, these injuries to my interests would be redressed in whole or in part. I believe that by requiring a special use permit and conducting an environmental analysis of the effects of the derby, the Forest Service may decide to impose conditions on the derby that would result in fewer killed wolves and coyotes, or might even decide to not issue a permit to the derby at all.

6. The derbies that occurred in December 2013 and January 2 through 4, 2015 were held on SCNF lands. During the days of the derby, I did not feel safe recreating or walking dogs on the SCNF and I avoided the SCNF out of fear for my safety and the safety of my dogs. Many of my friends told me the same.

7. If another derby is held, I will experience anxiety about recreating or walking dogs on the SCNF during the days of the derby. I will avoid the SCNF during those days.

8. As I mentioned in my initial declaration, I believe the derby is different and more threatening than a usual hunting season. Regular hunting seasons are weeks or months long, and

hunters typically are looking for one or two types of animals that they hold tags for. So, they need to make sure that they are actually shooting at what they have a tag for.

9. The derby is different. I will be blunt: I would be afraid of getting shot, and of having my dogs shot, during a derby. This is because during a derby, the contestants are competing for cash, over a limited period of time. The cash is based on how many animals they bring in to the checkpoint. Because the contestants are under this time pressure, when they see something—anything—moving, they're likely going to unload on it, even if they can't see it very well or know what it is. This will inevitably lead to less careful shooting.

10. I also believe that that because the derby is a group social event, that there would be more drinking and substance use in a derby, than in a normal hunting season. Again, this would lead to less careful shooting.

11. Hunting accidents are frequent enough even during regular hunting season. Since wolf hunting has become legal, I am aware of numerous dogs being shot in the West (including Idaho) by hunters thinking they were wolves, even though they were wearing collars. I believe accidents are far more likely during a derby where both time and money are factors. There is no way I (or any sane person) would want to be out in the woods on those days, particularly with dogs.

12. I believe the distribution of hunters will also be different with the derby than during normal hunting. Due to the time pressure, derby contestants will not have time to go into the backcountry, where many hunters go during hunting season. Therefore, I believe it is likely they will be more concentrated into areas closer to Salmon and closer to main roads, including the areas I described I use.

13. I declare under penalty of perjury that the foregoing is true and correct.

3 – SECOND DECLARATION OF LOUISE WAGENKNECHT

Executed, this 9th day of August, 2016.

/s/ Louise C. Wagenknecht
_____
Louise C. Wagenknecht