Dana Johnson (ISB # 8359)
Law Office of Dana Johnson, PLLC
P.O. Box 9623
Moscow, ID 83843
(208) 310-7003 (phone)
johnsondanam@gmail.com

Laura King, *pro hac vice* (MT Bar # 13574)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Ph: (406) 204-4852
king@westernlaw.org

John R. Mellgren, *pro hac vice* (OR Bar # 114620)
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
Ph: (541) 359-0990
mellgren@westernlaw.org

*Attorneys for Plaintiffs WildEarth Guardians, Cascadia Wildlands, and Kootenai Env. Alliance*

Andrea L. Santarsiere (ISB # 8818)
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
Ph: (303) 854-7748
Fax: (208) 787-5857
asantarsiere@biologicaldiversity.org

*Attorney for Plaintiffs Ctr. for Biological Diversity, W. Watersheds Project, and Project Coyote*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
EASTERN DIVISION**

| | |
|---|---|
| WILDEARTH GUARDIANS ET AL., <br><br> Plaintiffs, <br> v. <br><br> JOE KRAAYENBRINK ET AL., <br><br> Defendants. | Case No. 4:14-cv-00488-REB <br><br><br> **DECLARATION OF NOAH GREENWALD** |

I, Noah Greenwald, declare as follows:

1. I am a member of and the Endangered Species Director at the Center for Biological Diversity ("the Center"), a Plaintiff in this case. I am submitting this declaration in support of Plaintiffs' Motion for Summary Judgment and Response in Opposition to the Forest Service's Motion for Summary Judgment.

2. The Center is a nonprofit organization committed to the preservation, protection, and restoration of native species and the ecosystems upon which they depend through science, policy, education, and environmental law. The Center has offices throughout the United States, including in Idaho, Arizona, the District of Columbia, New Mexico, California, Alaska, Minnesota, Vermont, Florida, Oregon, and Washington. The Center has approximately 48,575 members.

3. The Center believes that the welfare of human beings is deeply linked to nature, and to the existence in our world of a vast diversity of wild animals and plants. Because diversity has intrinsic value, and because its loss impoverishes society, the Center works to secure a future for all species, great and small, hovering on the brink of extinction through science, law and creative media, with a focus on protecting the lands, waters and climate that species need to survive. The Center strives to protect its members' and supporters' recreational, aesthetic, scientific and educational interests in protecting and preserving imperiled species and biological diversity for future generations through its numerous organizational programs.

4. One such program, the Center's Endangered Species Program, which I oversee, is specifically focused on: compiling and analyzing data about species status and recovery; protecting wildlife and wildlife habitat by submitting legal petitions and preparing reports, filing lawsuits when necessary, using the leverage of our supporters' voices, and ensuring that imperiled species are federally protected; obtaining adequate amounts of critical habitat for

1 – DECLARATION OF NOAH GREENWALD

species; advocating for sound conservation policy; watchdogging Congress and government agencies; and using creative media to keep the Center's members informed and engaged.

6. The Center seeks to protect species in all of their diversity, ranging from freshwater mussels, to imperiled plants, to polar bears.  But due to scientific recognition of the essential ecological role of apex predators, the decline of such species globally due to human-caused impacts, and the ongoing effects of political forces intent on eradicating such species, we devote particular staff resources and time to protecting apex predators, including wolves. Maintaining protection for and ensuring recovery of wolves nationwide is a key goal for our organization, so much so that several staff devote most or all of their time solely to wolf conservation.  In protecting wolves, we protect not only a keystone species but the vast array of other animal and plant species which depend for their own sustainability on their interconnectedness with wolves. To that end, we have successfully litigated wolf protection cases in Idaho, Wyoming, Montana, Oregon, Washington, California, Arizona, and New Mexico

7. Similarly, we devote a significant portion of our staff resources and time to ending efforts in this country to eradicate coyotes, a mesopredator which, like the wolf, fills an essential role in ecosystem health and biodiversity.  Substantial peer-reviewed, published science exists demonstrating the vital role of coyotes in ecosystems and that killing coyotes actually increases coyote numbers and conflicts, yet coyote-killing efforts continue. In our efforts to safeguard this species, we have filed administrative petitions with the United States Department of Agriculture to reform and adopt a regulatory framework for Wildlife Services.  We have identified counties in various states which contract with Wildlife Services to kill coyotes and other native species and have brought legal action in those counties to terminate these contracts and to instead expend county funds on much more effective, cost-efficient and humane, non-lethal methods to prevent conflicts.  We have also identified states which allow for predator derbies and targeted those

states for legal action to end this barbaric, unscientific and unethical practice. Thus far, we have been successful in obtaining a ban in California of the offering of any prize or inducement to kill coyotes and other species.

8. The Center and its numerous members,' board members,' and staffs' institutional, educational, recreational, and scientific interests are harmed by the Forest Service's authorization of the wolf and coyote derby on the Salmon-Challis National Forest. The Center's (and its members' and board members') interests in observing, studying, and otherwise enjoying the gray wolf and the coyote, which are public resources, have been harmed by the Forest Services' allowance of this counter-to-science and unethical privately-sponsored killing contest.

9. For these reasons, the Center, its staff, and its members, are concretely and severely injured by the Forest Service's authorization of the wolf and coyote derby on National Forest Lands, specifically, the Salmon-Challis National Forest.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 9th day of August, 2016.

                                                         /s/ Noah Greenwald
                                                        Noah Greenwald