John R. Mellgren, *pro hac vice* (OR Bar # 114620)
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR  97401
Ph: (541) 359-0990
mellgren@westernlaw.org

*Attorney for WildEarth Guardians, Cascadia Wildlands, and Kootenai Environmental Alliance*

Andrea Lynn Santarsiere (ISB # 8818)
Center for Biological Diversity
P.O. Box 469
Victor, ID  83455
Ph: (303) 854-7748
asantarsiere@biologicaldiversity.org

*Attorney for Center for Biological Diversity, Western Watersheds Project, and Project Coyote*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
EASTERN DIVISION**

| | |
|---|---|
| WILDEARTH GUARDIANS, CASCADIA WILDLANDS, KOOTENAI ENVIRONMENTAL ALLIANCE, CENTER FOR BIOLOGICAL DIVERSITY, WESTERN WATERSHEDS PROJECT, and PROJECT COYOTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE, and CHARLES A. MARK, in his official capacity,<br><br>    Defendants. | Case No. 4:14-cv-00488-REB<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Notice is hereby given that WildEarth Guardians, Cascadia Wildlands, Kootenai Environmental Alliance, the Center for Biological Diversity, Western Watersheds Project, and Project Coyote, Plaintiffs in the above-named case, appeal to the United States Court of Appeals for the Ninth Circuit from the district court's Order (ECF No. 108) denying Plaintiffs' Motion for Partial Summary Judgment and granting Defendants' Motion for Summary Judgment, which was entered in this action on March 31, 2017, and the district court's Judgment (ECF No. 109) to dismiss the case in its entirety, which was entered on April 5, 2017.

Respectfully submitted this 2nd day of June, 2017,

>*/s/ Andrea Lynn Santarsiere*
>Andrea Lynn Santarsiere (ISB # 8818)
>Center for Biological Diversity
>P.O. Box 469
>Victor, ID  83455
>Ph: (303) 854-7748
>asantarsiere@biologicaldiversity.org
>
>*Attorney for Center for Biological Diversity,*
>*Western Watersheds Project, and Project Coyote*
>
>*/s/ John Mellgren*
>John R. Mellgren, *pro hac vice* (OR Bar # 114620)
>Western Environmental Law Center
>1216 Lincoln Street
>Eugene, OR  97401
>Ph: (541) 359-0990
>mellgren@westernlaw.org
>
>*Attorney for WildEarth Guardians, Cascadia*
>*Wildlands, and Kootenai Environmental Alliance*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June, 2017, I filed the foregoing PLAINTIFFS' NOTICE OF APPEAL electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Christine Gealy England
christine.england@usdoj.gov, CaseView.ECF@usdoj.gov, Danielle.Narkin@usdoj.gov

Joshua David Hurwit
joshua.hurwit@usdoj.gov, Ardis.Robinson@usdoj.gov, CaseView.ECF@usdoj.gov, pmatlock@blm.gov

Syrena Case Hargrove
Syrena.Hargrove@usdoj.gov, angela.nyland@usdoj.gov, CaseView.ECF@usdoj.gov, USAID.ECFNOTICE@USDOJ.GOV

Dana M Johnson
danajohnsonecf@gmail.com

Laura King
king@westernlaw.org

John R Mellgren
mellgren@westernlaw.org

*/s/ Andrea Santarsiere*
Andrea Santarsiere