John R. Mellgren, *pro hac vice* (OR Bar # 114620)
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR  97401
Ph: (541) 359-0990
mellgren@westernlaw.org

*Attorney for WildEarth Guardians, Cascadia Wildlands and Kootenai Environmental Alliance*

Andrea Lynn Santarsiere (ISB # 8818)
Center for Biological Diversity
P.O. Box 469
Victor, ID  83455
Ph: (303) 854-7748
asantarsiere@biologicaldiversity.org

*Attorney for Center for Biological Diversity, Western Watersheds Project, and Project Coyote*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
EASTERN DIVISION**

| | |
|---|---|
| WILDEARTH GUARDIANS, CASCADIA WILDLANDS, KOOTENAI ENVIRONMENTAL ALLIANCE, CENTER FOR BIOLOGICAL DIVERSITY, WESTERN WATERSHEDS PROJECT, and PROJECT COYOTE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, and CHARLES A. MARK, in his official capacity,<br><br>Defendants. | Case No. 4:14-cv-00488-REB<br><br>**PLAINTIFFS' REPRESENTATION STATEMENT** |

1

The undersigned represents Plaintiffs-Appellants WildEarth Guardians, Cascadia Wildlands, Kootenai Environmental Alliance, the Center for Biological Diversity, Western Watersheds Project, and Project Coyote, and no other party. Plaintiffs-Appellants submit this Representation Statement pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b). The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

**Plaintiffs-Appellants Center for Biological Diversity, Western Watersheds Project, and Project Coyote**

Andrea Lynn Santarsiere
Center for Biological Diversity
P.O. Box 469
Victor, ID  83455
(303) 854-7748
asantarsiere@biologicaldiversity.org

Amy R. Atwood
Center for Biological Diversity
P.O. Box 11374
Portland, OR  97211-0374
(971) 717-6401
atwood@biologicaldiversity.org

Collette Adkins
Center for Biological Diversity
P.O. Box 595
Circle Pines, MN  55014-0595
(651) 955-3821
cadkins@biologicaldiversity.org

**Plaintiffs-Appellants WildEarth Guardians, Cascadia Wildlands, Kootenai Environmental Alliance**

John R. Mellgren
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR  97401
(541) 359-0990
mellgren@westernlaw.org

**Defendants-Appellees Charles A. Mark, in his official capacity, and the U.S. Forest Service**

| | |
|---|---|
| Joshua David Hurwit | Christine Gealy England |
| U.S. Attorney's Office, District of Idaho | United States Attorney's Office |
| 800 East Park Boulevard | 800 Park Blvd., Ste 600 |
| Boise, ID 83712 | Boise, ID 83712 |
| (208) 334-1211 | (208) 334-1211 |
| joshua.hurwit@usdoj.gov | christine.england@usdoj.gov |

Syrena Case Hargrove
U.S. Attorney's Office
800 E. Park Blvd., Suite 600 Plaza 4
Boise, ID 83712
(208) 334-9122
Syrena.Hargrove@usdoj.gov


Respectfully submitted this 2nd day of June, 2017,

*/s/ Andrea Lynn Santarsiere*
Andrea Lynn Santarsiere (ISB # 8818)
Center for Biological Diversity
P.O. Box 469
Victor, ID  83455
Ph: (303) 854-7748
asantarsiere@biologicaldiversity.org

*Attorney for Center for Biological Diversity,*
*Western Watersheds Project, and Project Coyote*

John R. Mellgren, *pro hac vice* (OR Bar # 114620)
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR  97401
Ph: (541) 359-0990
mellgren@westernlaw.org

*Attorney for WildEarth Guardians, Cascadia*
*Wildlands, and Kootenai Environmental Alliance*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June, 2017, I filed the foregoing PLAINTIFFS' REPRESENTATION STATEMENT electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Christine Gealy England
christine.england@usdoj.gov, CaseView.ECF@usdoj.gov, Danielle.Narkin@usdoj.gov

Joshua David Hurwit
joshua.hurwit@usdoj.gov, Ardis.Robinson@usdoj.gov, CaseView.ECF@usdoj.gov, pmatlock@blm.gov

Syrena Case Hargrove
Syrena.Hargrove@usdoj.gov, angela.nyland@usdoj.gov, CaseView.ECF@usdoj.gov, USAID.ECFNOTICE@USDOJ.GOV

Dana M Johnson
danajohnsonecf@gmail.com

Laura King
king@westernlaw.org

John R Mellgren
mellgren@westernlaw.org

></p><p style="text-align:right;"><em>/s/ Andrea Santarsiere</em><br>Andrea Santarsiere</p>